**L. CIPRA v. T. S. STROTHER and wife, CONEY MABEL STROTHER.**

8 So. (2nd) 909                              Division B
June 23, 1942

Fred Paradise, for appellant.

Glynn O. Rasco, for appellees.

PER CURIAM:

A perusal of the record in this case has not disclosed any error on the part of the chancellor in dismissing the bill of complaint, therefore, the decree is affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.